## UNITED STATES MAGISTRATE COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 07cr199 (SDW) |
| v. : | |
| : | CONSENT ORDER |
| JOSE CONCEPCION : | |

THIS MATTER having come before the Court on the application of defendant, Jose Concepcion (by Stacy Ann Biancamano, Assistant Federal Public Defender) for an Order modifying the conditions of bail set by this Court, authorizing defendant's release on bond with conditions, and the government (by Robert Kirsh, Assistant United States Attorney) having consented to the proposed modification; and (by John Mueller, United States Pretrial Services) not objecting to the proposed modification.

IT IS on this 15th day of September, 2008

ORDERED that the bail previously set is modified to allow the lien placed against the property located at 24 Surrey Drive, Hazlet, New Jersey 07730 be removed for 14 days to allow the owner, Jose Concepcion and his wife Glenda Concepcion to sell the property. The Lien is to be reinstated after the two week period.

All other conditions of release remain in full effect.

Honorable Susan D. Wigenton
United States District Judge