UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA               :
                                       :       Criminal No. 07-199 (SDW)
                                       :
         v.                            :       ORDER
                                       :
                                       :
JOSE CONCEPTION                        :

## SUBSTITUTION OF COUNSEL

This matter having been opened to the Court by Richard Coughlin, Federal Public

Defender, who seeks permission to withdraw from the representation of Jose Conception, and to

substitute Stacy A. Biancamano, Esq., as counsel for the defendant, effective October 27, 2008,

and neither government nor Mr. Conception having any objection to the requested substitution,

and good and sufficient cause having been shown,

IT IS on this _____ day of _____ ORDERED, that

1.     Effective October 27, 2008, the Office of the Federal Public Defender will be

       relieved as counsel for Jose Conception.

2.     Effective October 27, 2008, Stacy A. Biancamano, Esq., shall be appointed to

       represent Jose Conception, pursuant to 18 U.S.C. § 3006A and Part II D(5) of

       Appendix I to the Criminal Justice Act Plan for the District of New Jersey.

                                   _____
                                   Honorable Susan D. Wigenton, U.S.D.J.